**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 139 WAL 2014
:
                Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
JEFFREY ALLEN MICHAEL BLYSTONE, :
JR., :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.